IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEWART MANAGO,

    Plaintiff,          No. CIV S-07-2290 LKK KJM P

  vs.

BRAD WILLIAMS, et al.,

    Defendants.        <u>ORDER</u>

_____/

      On June 5, 2008, plaintiff filed a request for reconsideration of the magistrate judge's order filed May 23, 2008, ordering the case stayed until resolution of the motion to dismiss in Civ. No. 04-1712. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////
/////
/////
/////
/////

1

1   Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
2   magistrate judge filed May 23, 2008, is affirmed.
3   DATED: June 16, 2008.

```
                         /s/ Lawrence K. Karlton
                         _____
                         LAWRENCE K. KARLTON
                         SENIOR JUDGE
                         UNITED STATES DISTRICT COURT
```