IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEWART MANAGO,

    Plaintiff,                      No. CIV S-07-2290 LKK KJM P

    vs.

BRAD WILLIAMS, et al.,

    Defendant.                    <u>ORDER</u>

          Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order of May 23, 2008, the court stayed this case until the resolution of the motion to dismiss in <u>Manago v. Knowles</u>, Civ. No. S-04-1712 FCD DAD P. That case was closed and judgment entered on August 29, 2008. Plaintiff complied with the court's order to notify it of the dismissal of that case and has requested that the stay be lifted (docket no. 18). Therefore the stay should be lifted.

          Accordingly, IT IS HEREBY ORDERED that the stay imposed by the court's order of May 23. 2008 (docket no. 7) is lifted.

DATED: April 6, 2009.

04/mana2290.fift.stay

U.S. MAGISTRATE JUDGE

1