1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   STEWART MANAGO,

11          Plaintiff,                    No. CIV S-07-2290 LKK KJM P

12      vs.

13   BRAD WILLIAMS, et al.,

14          Defendants.                   ORDER

15   _____/

16          Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action

17   filed pursuant to 42 U.S.C. § 1983.  By order filed May 23, 2008, this action was stayed pending

18   the resolution of the motion to dismiss in a previously filed, parallel case, Civil Action No. 04-

19   1712.  On November 26, 2008, while the stay was still in effect, the plaintiff filed an amended

20   complaint.  The court lifted the stay on April 6, 2009, and has now determined on the current

21   record that the dismissal of the parallel action does not bar this action from proceeding.  The

22   court in its discretion deems the amended complaint properly filed.

23          The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C.

24   § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the amended complaint are proven,

25   plaintiff has a reasonable opportunity to prevail on the merits of this action.

26   /////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for: Brad Williams, Jim Chapman, R. Hill, S. Vance, S. Shannon, B. Joseph, C. Gold, R. Garcia, J. Tenseth, J. Watcher, R. Marrow, W.S. Laffitte, Mary Brockett, M. Jaffe, K. Kelly, J. Martin, and H. Stabbe.

2. The Clerk of the Court shall send plaintiff seventeen USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed November 26, 2008.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1 above; and

    d. Eighteen copies of the endorsed amended complaint filed November 26, 2008.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: May 12, 2009.

_____
U.S. MAGISTRATE JUDGE

4
mang.1amd.new

2

1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   STEWART MANAGO,

11            Plaintiff,                    No. CIV S-07-2290 LKK KJM P

12        vs.

13   BRAD WILLIAMS, et al.,              NOTICE OF SUBMISSION

14            Defendants.               OF DOCUMENTS

15   _____/

16            Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18            _____        completed summons form

19            _____        completed USM-285 forms

20            _____        copies of the _____
                                          Amended Complaint
21   DATED:

22

23                                    _____
                                      Plaintiff
24

25

26