IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEWART MANAGO,

        Plaintiff,               No. CIV S-07-2290 LKK KJM P

    vs.

BRAD WILLIAMS, et al.,

        Defendants.        <u>ORDER</u>

          /

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On July 13, 2009, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Laffitte was returned unserved because "he is no longer at the address given." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

1     Accordingly, IT IS HEREBY ORDERED that:

2     1. The Clerk of the Court is directed to send to plaintiff one USM-285 form,

3 along with an instruction sheet and a copy of the amended complaint filed November 26, 2008;

4 and

5     2. Within sixty days from the date of this order, plaintiff shall complete and

6 submit the attached Notice of Submission of Documents to the court, with the following

7 documents:

8     a. One completed USM-285 form for defendant Lafitte; and

9     b. Two copies of the endorsed complaint filed November 26, 2008.

10 DATED: December 17, 2009.

_____
U.S. MAGISTRATE JUDGE

13 4/kly
mana2290.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEWART MANAGO,

     Plaintiff,                       No. CIV S-07-2290 LKK KJM P

     vs.

BRAD WILLIAMS, et al.,          NOTICE OF SUBMISSION

     Defendants.              OF DOCUMENTS

_____/

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     _____ completed summons form

     _____ completed USM-285 forms

     _____ copies of the 11/26/2008 Amended Complaint

DATED:

_____
Plaintiff