1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   STEWART MANAGO,

11           Plaintiff,                    No. 2:07-cv-2290 LKK KJN P

12       vs.

13   BRAD WILLIAMS, et al.,

14           Defendants.                   ORDER

15   _____/

16           Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19           On February 26, 2010, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty-one days.  No

22   objections have been filed.

23           In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

24   304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

25   file, the court finds the findings and recommendations to be supported by the record and by

26   proper analysis.

1    Accordingly, IT IS HEREBY ORDERED that:

2         1.  The findings and recommendations February 26, 2010 (Docket No. 74), are

3    adopted in full; and

4         2.  Plaintiff's motion for a temporary restraining order (Dkt. No. 70) is denied.

5    DATED: March 30, 2010.

6

7

8    _____
     LAWRENCE K. KARLTON

9    SENIOR JUDGE
     UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26