IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEWART MANAGO,

    Plaintiff,                   No. 2:07-cv-2290 LKK KJN P

    vs.

BRAD WILLIAMS, et al.,

    Defendants.               ORDER

_____/

        Plaintiff requests, without explanation, that the court send him twenty copies of form "AO88" ("Subpoena to Appear and Testify At a Hearing or Trial in a Civil Action"). As set forth in this court's order filed March 7, 2011, discovery has closed in this action, and the deadline for filing dispositive motions is May 20, 2011; trial has not been set and there is at present no need to secure the appearance of witnesses. If this action is not resolved pursuant to dispositive motion, but proceeds to trial, plaintiff must follow the procedures set forth in this court's order filed July 28, 2010, for obtaining the attendance of witnesses at trial. (See Dkt. No. 95 (copy attached hereto).)

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for the receipt of forms (Dkt. No. 133) be denied without prejudice; and

2. The Clerk of Court is directed to send to plaintiff, with this order, a copy of the court's order filed July 28, 2010 (Dkt. No. 95).

DATED: March 16, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mana2290.misc.2