IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| STEWART MANAGO ) | CASE NO. 2:07-cv-2290 LKK KJN P |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| BRAD WILLIAMS, et al., ) | [~~PROPOSED~~] **ORDER ON** |
| ) | **DEFENDANTS' REQUEST FOR** |
| Defendants. ) | **EXTENSION OF TIME TO FILE** |
| ) | **MOTIONS FOR SUMMARY JUDGMENT** |

**GOOD CAUSE** appearing, the Court hereby grants the request of Defendants B. Williams, J. Wachter, R. Garcia , J.Tinseth, C. Gold, S. Vance, S. Shannon, B. Joseph, M. Jaffe, P. Kennedy, J. Martin, K. Kelly, R. Morrow, R. Hill and J. Chapman, for a three-month extension of time to file their motions for summary judgment/adjudication.  This extension of time shall apply to all parties, including defendant Brockett and plaintiff.  Accordingly, IT IS HEREBY ORDERED that any dispositive motion shall be filed on or before Friday, September 2, 2011.  Thereafter, the filing dates of the parties' oppositions, statements of non-opposition, and replies shall conform with the Local Rules.

**IT IS SO ORDERED.**

DATED:  April 26, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mana2290.eot.msj