IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEWART MANAGO,

      Plaintiff,                     No. 2:07-cv-2290 LKK KJN P

    vs.

BARD WILLIAMS, et al.,

      Defendants.               ORDER

_____/

        Plaintiff requests an order of this court directing prison officials to copy plaintiff's opposition to defendants' motion for summary judgment; plaintiff anticipates that his opposition will exceed the fifty-page copy limit established by prison regulations. Plaintiff has filed a declaration in which he explains that he will exceed the page limit because there has been extensive discovery in this action, and the action is complex, proceeding against sixteen defendants. In addition, because there are two sets of defendants, if each set of defendants files a separate motion for summary judgment, plaintiff must prepare and file two oppositions.

        Plaintiff has demonstrated good cause in support of his request. Therefore, the court grants plaintiff's request to require prison officials to copy plaintiff's opposition(s) to

////

////

1

defendants' anticipated motion(s) for summary judgment.[1]  In addition, the court makes the following accommodations.  Plaintiff shall be granted leave to submit only one copy of his opposition(s) to the court for filing, and shall be granted leave to submit such opposition(s) without proof of service.  Upon receipt of plaintiff's opposition(s), the court shall electronically serve a copy of the opposition(s) upon counsel for each set of defendants.  Such service upon defendants shall suffice.  See Local Rule 135(g)(1) (consent to electronic service); Fed. R. Civ. P. 5(b)(2)(E).

Plaintiff is advised that he should use concise language in his opposition(s), and should submit only those exhibits which are necessary to support his arguments; when possible, plaintiff should reference defendants' exhibits and refrain from submitting duplicate exhibits.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion (Dkt. No. 157) for a court order directing prison officials to make one full copy of plaintiff's opposition to defendants' motion for summary judgment is granted; if plaintiff is required to file two oppositions, prison officials shall make one full copy of each opposition.

2. Plaintiff is granted leave, for this limited purpose, to submit to the court for filing only one copy of his opposition(s).

3. Plaintiff is granted leave, for this limited purpose, to submit his opposition(s) to the court without proof of service.

4. Upon receipt of plaintiff's opposition(s) to defendants' motion(s) for summary judgment, the Clerk of Court shall promptly serve electronic copies of each opposition upon all defense counsel.

////

////

---

[1] Defendants' motion(s) has not yet been filed; the filing deadline will be extended to November 1, 2011, by separate order of this court.

2

1       SO ORDERED.

2 DATED: August 19, 2011

3

4                               _____
                              KENDALL J. NEWMAN

5                               UNITED STATES MAGISTRATE JUDGE

6 mana2290.ord.cop