IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEWART MANAGO,

      Plaintiff,                    No. 2:07-cv-2290 LKK KJN P

   vs.

BRAD WILLIAMS, et al.,

      Defendants.               ORDER

_____/

        For the reasons stated in this court's order filed December 16, 2011 (Dkt. No. 206), plaintiff's motion to compel, filed December 27, 2011 (Dkt. No. 210), is denied.  Plaintiff's separate motion, filed December 22, 2011 (Dkt. No. 208), to compel defendants' counsel to provide plaintiff with a copy of the transcript of plaintiff's February 11, 2011 deposition, is also denied.  On October 28, 2011, defendants lodged with the court a copy of the subject transcript, that includes a three-page "Errata Sheet" prepared and signed by plaintiff on March 31, 2011, thus indicating that plaintiff already has a copy of the subject transcript.  (Dkt. No. 182.)  For the reasons stated in the court's prior order, plaintiff shall refrain from filing any further documents

////

////

////

1 | in this court, or from corresponding with defense counsel, without prior court authorization.

2 | DATED:  December 29, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

6 | mana2290.flw.up