IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEWART MANAGO,

        Plaintiff,                  No. 2:07-cv-2290 LKK KJN P

    vs.

BRAD WILLIAMS, et al.,

        Defendants.         ORDER

                              /

        Defendant Brockett requests to file under seal additional exhibits generated pursuant to her pertinent disciplinary proceedings before the State Personnel Board. Defendant contemporaneously served plaintiff with a copy of the request and exhibits. Although defendant's counsel avers that most exhibits were previously provided to both plaintiff and the court, the current format provides "clarity and ease of reference" (Dkt. No. 245 at 1), which appears to be accurate based on the undersigned's review of the exhibits and summary. Pursuant to this review, the undersigned finds that the submitted materials, all related to defendant's confidential personnel matters concerning issues in this case, appropriate for sealing pursuant to Local Rule 141. The court further finds that plaintiff should be granted additional time to file his supplemental opposition.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant Brockett's request to file the identified exhibits under seal (Dkt. No. 245), is granted; and

2. Plaintiff is granted an additional 14 days, to September 27, 2012, to file his supplemental opposition.

SO ORDERED.

DATED: September 10, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mana2290.seal.2