UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART MANAGO,<br><br>Plaintiff,<br><br>v.<br><br>BRAD WILLIAMS, et al.,<br><br>Defendants. | No. 2:07-cv-02290-TLN-KJN P<br><br><br><br>ORDER |

On January 16, 2014, this court denied defendant Brockett's motion for summary judgment, and granted in part the motion for summary judgment filed separately by the other defendants. (ECF No. 277.) Pursuant to that order, defendants C. Gold, R. Hill, B. Joseph, R. Marrow, S. Shannon, J. Tenseth, J. Watcher, Brad Williams, and R. Garcia were dismissed from this action. This action now proceeds against defendants Brockett, Kelly, Jaffee, Martin, Vance and Kennedy.

Pursuant to this order, the court invites the parties to consider whether a settlement conference may be helpful in resolving this action and, if so, to identify black-out dates when the parties are not available to participate in a settlement conference.[1] The parties are also directed to

---

[1] The court notes that the decision to participate in settlement may independently be made by defendant Brockett, and the remainder of the defendants. Defendant Brockett is represented by separate counsel, and the claims against Brockett are distinct from the claims against the other defendants.

1

identify black-out dates for pretrial and trial proceedings.

Accordingly, IT IS HEREBY ORDERED that, within 30 days after the filing date of this order, all parties shall file their respective statements informing the court of the following:

1. Whether a settlement conference should be scheduled and, if so: (a) whether the parties agree that the undersigned may preside over the settlement conference, OR request that another magistrate judge do so; and (b) identify any dates within the next six months when any party may not be available for a settlement conference.

2. The parties shall also identify: (a) the anticipated length of trial; and (b) any dates within the next year when any party may not be available for trial or pretrial proceedings.

Upon review of the parties' respective statements, the court will issue an order further scheduling this action.

SO ORDERED.

Dated: February 27, 2014

/mana2290.next

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE