UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEWART MANAGO,

    Plaintiff,

    v.

BRAD WILLIAMS, et al.,

    Defendants.
_____/

No. 2:07-cv-02290 TLN KJN P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    **Inmate Stewart Manago, CDCR No. E-02564,** a necessary and material witness in proceedings in this case on September 11, 2014, is confined in California State Prison – Corcoran, P.O. Box 8800, Corcoran, CA 93212-8309, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the **Honorable Dale A. Drozd, to appear by video-conferencing at California State Prison-Corcoran, on September 11, 2014, at 10:00 a.m.**

    ACCORDINGLY, IT IS HEREBY ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To: Warden, California State Prison-Corcoran, P.O. Box 3481, Corcoran CA 93212-3481:

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

    **FURTHER**, you are ordered to notify the court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

    SO ORDERED.

Dated:  April 7, 2014

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mana.2290.841.vc