UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART MANAGO, | No. 2:07-cv-02290-TLN-KJN P |
| Plaintiff, | |
| v. | ORDER |
| BRAD WILLIAMS, et al., | |
| Defendants. | |

This prisoner civil rights action is scheduled for a settlement conference before Magistrate Judge Dale A. Drozd, on Thursday, September 11, 2014, at 10:00 a.m., at the U.S. District Court, 501 I Street, Sacramento, California 95814, in Courtroom No. 27 (8th floor). (ECF Nos. 288, 290.) Plaintiff will appear by video conference. (ECF No. 291.) All parties' respective confidential settlement conference statements are due on or before September 4, 2014.

Currently pending are several matters filed by plaintiff. The court addresses these matters ad seriatim.

First, plaintiff again seeks access to audio files and related documents which were specially provided to plaintiff during discovery. (ECF Nos. 292-93.) Plaintiff avers that he needs these files and documents to prepare his confidential settlement statement. The undersigned finds that plaintiff has failed to demonstrate a compelling need, at this time, to review discovery that he was previously provided. Discovery closed in this action on February 24, 2011, and no further

1

1  discovery is warranted.  (See Attached Order filed April 7, 2014 (ECF No. 290).)

2  		Second, plaintiff requests an order of this court directing prison officials to make a copy
3  of plaintiff's confidential settlement conference statement.  (ECF Nos. 292-94.)  Notwithstanding
4  plaintiff's motion to review previously disclosed discovery material, discussed supra, plaintiff
5  states that, on August 14, 2014, he submitted for copying a completed settlement conference
6  statement with exhibits.  Plaintiff avers that the statement was returned on August 15, 2014, and
7  that plaintiff was informed the statement would not be copied without a court order.  (See ECF
8  No. 294 at 2.)  Plaintiff has attached a copy of CDCR's Excess Copy Justification Form, which
9  requires a written explanation for copies in excess of 50 pages.  (See ECF No. 292 at 4.)
10  Although plaintiff does not identify the number of pages contained in his settlement statement,
11  plaintiff has typically filed excessively long briefs in this case.  However, the Local Rules do not
12  provide for a maximum page length for settlement conference statements.  See L.R. 270.
13  Therefore, plaintiff's request is granted.  Officials at California State Prison Corcoran are directed
14  to make one full copy of plaintiff's confidential settlement conference statement, including
15  exhibits.  In addition, CSP-COR officials are requested to expedite such copying to ensure the
16  immediate mailing and submission of plaintiff's statement to this court on or before September 4,
17  2014.

18  		Third, on August 27, 2014, plaintiff submitted a 132-page "motion" for permission to
19  inform the court of the "illegal search and seizure of some of plaintiff's legal papers, photographs
20  and work product that he was going [to] use in support of the confidential settlement conference
21  on September 11, 2014, or at the trial in this action."  (ECF No. 296 at 1.)  Review of plaintiff's
22  motion and the attached exhibits indicates that these matters do not appear to impact plaintiff's
23  previously prepared settlement conference statement and exhibits, and appear to bear little
24  significance to plaintiff's active participation in the conference itself.  For these reasons,
25  plaintiff's motion is denied without prejudice.

26  		Finally, plaintiff has submitted a "motion for confidential settlement statement" to submit
27  under seal the "Green Wall Prison Gang Book" that will purportedly support plaintiff's
28  allegations of a criminal conspiracy by defendants.  (ECF No. 295.)  Review of plaintiff's motion

1  fails to demonstrate a compelling need for this material prior to the settlement conference.
2  Therefore, the motion is denied without prejudice.
3      For the foregoing reasons, IT IS HEREBY ORDERED that:
4      1. Plaintiff's motion for renewed access to audio files and related documents (ECF Nos.
5  292-93) is denied.
6      2. Plaintiff's request for an order directing officials at California State Prison Corcoran to
7  make one copy of plaintiff's confidential settlement conference statement (ECF No. 292-94), is
8  granted, as set forth above.
9      3. Plaintiff's motion concerning the alleged confiscation of his legal material (ECF No.
10 296) is denied without prejudice.
11     4. Plaintiff's motion to submit under seal the "Green Wall Prison Gang Book" (ECF No.
12 295) is denied without prejudice.
13     5. The Clerk of Court is directed to send plaintiff, together with service of this order, a
14 copy of this court's order filed April 7, 2014 (ECF No. 290).
15     SO ORDERED.
16 Dated:  September 2, 2014
17
18 /mana2290.before sett.

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE