UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART MANAGO, | No. 2:07-cv-02290 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| BRAD WILLIAMS, et al., | |
| Defendants. | |

On September 2, 2014, plaintiff filed two motions: (1) "Motion for the Court to Take Notice of the Joint Hearing of the Senate Select Committee on Government Oversight in Support of Plaintiff's Confidential Settlement Hearing" (ECF No. 299 (246 pages)), which includes a transcript of the January 2004 committee hearing on the "Reform of How Employee Investigations Are Conducted at Youth and Adult Correctional Facilities;" and (2) "Motion for the Court to Take Into Consideration of the Green Wall Prison Gang Activities, and Criminal Organized Crime Within CDCR in Support of Plaintiff's Confidential Settlement Statement Within this Cause of Action . . . ." (ECF No. 300 (186 pages)).

Plaintiff is informed that "motions" filed in this court are for the purpose of "request[ing] a court order." Fed. R. Civ. P. 7(b)(1). Plaintiff's submissions are intended for consideration by the Magistrate Judge who will be conducting the settlement conference in this action on September 11, 2014. The submissions do not seek a court order and therefore are not "motions."

1

1  Accordingly, the Clerk of Court will be directed to redesignate both "motions" as "submissions."
2  Consideration of these matters is within the discretion of the Magistrate Judge conducting the
3  settlement conference. No further action will be taken in response to these filings.

4  Two additional matters require comment. First, plaintiff is directed to this court's order
5  filed September 2, 2014 (ECF No. 297) which, in pertinent part, directs officials at plaintiff's
6  place of incarceration, California State Prison Corcoran, to expedite the copying and mailing of
7  plaintiff's confidential settlement statement. If these tasks have not yet been completed, it is
8  imperative that they be completed immediately, and that plaintiff's statement be received by this
9  court as soon as possible.

10  Second, plaintiff is again admonished to cease filing any documents in this case unless
11  expressly directed by the court. Plaintiff is reminded of this court's prior admonishment, as set
12  forth by order filed December 12, 2013 (ECF No. 275 at 5 (fns. omitted)):

> <u>Admonition</u>: Plaintiff has repeatedly been admonished to refrain from filing extraneous matters in this action. (<u>See</u> <u>e.g.</u> ECF No. 148; ECF No. 206 at 4-5; ECF No. 211.) Plaintiff is again admonished to refrain from filing any matters in this case unless directed by the court, under penalty of sanctions. <u>See</u> Fed. R. Civ. P. 11; Local Rules 110, 183(a).

17  No further accommodation will be accorded plaintiff. Failure of plaintiff to abide by this
18  admonition shall result in the imposition of monetary and/or evidentiary sanctions. Plaintiff shall
19  submit no further matters in this action with the exception of his confidential settlement statement
20  (which shall be mailed, not filed), unless directed by the court.

21  For these reasons, IT IS HEREBY ORDERED that:

22  1. The Clerk of Court is directed to designate plaintiff's "motions" filed September 2,
23  2014 (ECF No. 299, 300) as "submissions;" the court will take no further action on these matters.

24  2. If not already submitted, plaintiff shall immediately mail his confidential settlement
25  statement to the Clerk of Court, for consideration by the Magistrate Judge conducting the
26  September 11, 2014 settlement conference in this case.

27  3. Plaintiff is admonished to file no further matters in this action unless directed by the
28  court.

4. The Clerk of Court is directed to send plaintiff, together with service of this order, a copy of this court's order filed September 2, 2014 (ECF No. 297).

SO ORDERED.

Dated:  September 5, 2014

mana2290.admonish.

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

3