UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART MANAGO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRAD WILLIAMS, et al.,<br><br>　　　　　Defendants. | No. 2:07-cv-02290 TLN KJN P<br><br><br>ORDER |

　　　　Pursuant to Local Rule 270(e), plaintiff requests return of the documents he submitted in support of the settlement conference that was held in this case on September 11, 2014.

　　　　Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall, to the extent possible,[1] return to plaintiff the documents he submitted in support of the September 11, 2014 settlement conference, as reflected by Electronic Case Filing No. 301.

Dated: October 21, 2014

mana2290.rtrn.sett.stmts.

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The court notes that plaintiff submitted a significant number of documents (i.e., at least one full box) in support of the settlement conference. Some of these documents may have been "otherwise disposed," as authorized by Local Rule 270(e) (e.g., shredded). The court will return to plaintiff those documents that remain available.

1