UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART MANAGO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRAD WILLIAMS, et al.,<br><br>　　　　Defendants. | No. 2:07-cv-02290 TLN KJN P<br><br><br>ORDER |

      This prisoner civil rights action proceeds against defendants Brockett, Kelly, Jaffee, Martin, Vance and Kennedy, as set forth in this court's order filed January 16, 2014 (ECF No. 277), which adopted the undersigned's amended findings and recommendations filed March 13, 2013 (ECF No. 259). On September 11, 2014, the parties participated in mediation but the case did not settle. (See ECF No. 303.) To facilitate the scheduling of this case for pretrial and trial proceedings, the parties shall inform the court of the following matters.

      Accordingly, IT IS HEREBY ORDERED that, on or before November 7, 2014:

      1. The parties shall file and serve separate statements that inform the court of the following:

      a. The anticipated length of trial; and

      b. Any dates through 2015 when any party may not be available for pretrial or trial proceedings.

1

2. In addition, plaintiff shall inform the court whether he wishes to request the appointment of counsel to represent him forthwith in this action in pretrial and trial proceedings and, if so, explain how this case presents exceptional circumstances warranting such appointment. Palmer v. Valdez, 560 F.3d 965, 970 (9th Cir. 2009).

Upon review of the parties' respective statements, the court will issue an order that further schedules this action, including deadlines for filing pretrial statements that address the matters set forth in Local Rule 281(b).

SO ORDERED.

Dated: October 21, 2014

mana2290.req.dates.

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2