UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART MANAGO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRAD WILLIAMS, et al.,<br><br>　　　　Defendants. | No.  2:07-cv-02290 TLN KJN P<br><br><br><u>ORDER</u> |

Pursuant to court order the parties have submitted preliminary pretrial statements.  (<u>See</u> ECF Nos. 307-309.)  Although the court would ordinarily require the filing of substantive pretrial statements at this time, additional preliminary briefing is required from plaintiff.

Plaintiff states that he anticipates calling at least 216 material witnesses, and therefore the trial may last six months.  (<u>See</u> ECF No. 307 at 3.)  These estimates are unrealistic.  Therefore, plaintiff will be required to refine his prospective witness list, as set forth below.

IT IS HEREBY ORDERED that, within thirty days after the filing date of this order, plaintiff shall file and serve a statement entitled "Initial List of Plaintiff's Prospective Trial Witnesses."  This statement shall provide, for each witness, the following information:

　　1. Name of prospective witness, and brief identifying information (e.g., CDCR job title or inmate identification number), including present location of witness;

////

1

2. Whether each prospective witness has agreed to testify voluntarily;

3. A brief summary of the anticipated testimony of each prospective witness, including a description of the relevant facts to which each witness was an eye-witness or ear-witness, and all necessary clarifying information, i.e., a description of the pertinent incident, when and where it occurred, who else was present, and how and why the prospective witness was present when the incident occurred; and

4. A statement why the anticipated testimony of each prospective witness is not redundant of the anticipated testimony of other witnesses.

For each prospective witness, this information shall be provided in a single paragraph that is no more than one-half page in length; hence, each page shall identify at least two witnesses and all required information.

Finally, plaintiff shall identify those prospective witnesses whom he deems essential to proving his allegations in this action.[1]

IT IS SO ORDERED.

Dated: November 17, 2014

mana2290.Pltf.Witns.

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is informed that, absent specific and persuasive reasons, the court will be disinclined to approve more than ten essential witnesses. Plaintiff is also informed that the purpose of trial in this case is to assess the truth of plaintiff's factual allegations in support of his legal claims in this case only, and not to prove any other alleged wrongdoing by defendants or the California Department of Corrections and Rehabilitation.

2