UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART MANAGO,<br><br>             Plaintiff,<br><br>       v.<br><br>BRAD WILLIAMS, et al.,<br><br>             Defendants. | No. 2:07-cv-02290 TLN KJN P<br><br>ORDER APPOINTING<br>LIMITED PURPOSE COUNSEL |

Plaintiff is a state prisoner, proceeding pro se, in an action brought under 42 U.S.C. § 1983.  On June 22, 2015, plaintiff filed a motion to appoint counsel.  (ECF No. 318.)  On July 1, 2015, the court found that the appointment of counsel is warranted for the limited purpose of representing plaintiff for the purpose of trial.  (ECF No. 320.)  Douglas R. Thorn and Danny Cochetas have been selected from the court's pro bono attorney panel to represent plaintiff and they have agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Douglas R. Thorn and Danny Cochetas are appointed as counsel in the above entitled matter.  This appointment is for the limited purpose of representing plaintiff for the purpose of trial.

2. Counsels' appointment will terminate once the jury returns a verdict.

3. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at


spark@caed.uscourts.gov if they have any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order upon Douglas R. Thorn, Law Office of Douglas R. Thorn, 3017 Douglas Blvd., Suite 300, Roseville, California 95661, and Danny Cochetas, Law Office of Danny Cochetas, 12825 Cresthaven Dr., Groveland, California 95321.

5. This matter is set for a status conference before the undersigned on September 10, 2015, at 10:00 a.m., in Courtoom No. 25.

6. At the status conference, the undersigned will address defendants' motion to revoke plaintiff's in forma pauperis status (ECF No. 323), and if necessary, set a briefing schedule on the motion. The motion is stayed pending the outcome of the status conference.

7. This matter remains set for a jury trial at 9:00 a.m. on June 13, 2016, before District Judge Troy L. Nunley in Courtroom #2.

Dated:  August 18, 2015

/mana2290.31

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE