UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART MANAGO, | No. 2:07-cv-02290 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| BRAD WILLIAMS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se, in an action brought under 42 U.S.C. § 1983.  On August 17, 2015, plaintiff moved for an order that would prevent defendants' counsel Shanan L. Hewitt from contacting him, on the grounds that plaintiff is now represented by counsel.  Plaintiff's motion was premature, as the court did not appoint counsel for plaintiff until August 18, 2015.  Accordingly, plaintiff's motion will be denied.  Plaintiff may renew his motion in the event that defendants' counsel contacts him during the period of time that he has attorney representation.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 325) is denied.

Dated:  August 20, 2015

/mana2290.deny

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1