| | |
|---|---|
| 1 | RIVERA & ASSOCIATES |
| 2 | 2180 Harvard Street, Suite 310<br>Sacramento, California 95815 |
| 3 | Tel: 916-922-1200 Fax: 916 922-1303 |
| 4 | Jesse M. Rivera, SBN 84259<br>Jonathan B. Paul, SBN 215884 |
| 5 | Shanan L. Hewitt, SBN 200168<br>Jill B. Nathan, SBN 186136 |
| 6 | Jamil Ghannam, SBN 300730 |
| 7 | Attorneys for Defendants, |
| 8 | J. Chapman, P. Kennedy, S. Vance,<br>M. Jaffe, K. Kelly and J. Martin |

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | | |
|---|---|---|
| STEWART MANAGO, | ) | Case No.: 2:07-cv-2290 TLN KJN |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING DEFENDANTS CHAPMAN, KENNEDY, VANCE, JAFFE, KELY, AND MARTIN'S REQUEST FOR EXTENSION OF TIME TO FILE PRETRIAL STATEMENT and FOR A CONTINUANCE OF THE JANUARY 13, 2016 PRETRIAL CONFERENCE** |
| vs. | ) | |
| BRAD WILLIAMS, et al., | ) | |
| Defendants. | ) | |

Defendants Chapman, Kennedy, Vance, Jaffe, Kelly, and Martin's filed a request for an extension of time from the current January 8, 2016 deadline to file their pretrial statement and for a continuance of the January 13, 2016 pretrial conference.

GOOD CAUSE HAVING BEEN SHOWN the Court hereby grants Defendants Chapman, Kennedy, Vance, Jaffe, Kelly, and Martin's request that Defendants' pretrial statement deadline be continued and further that the pretrial conference date be continued.

///

///

IT IS HEREBY ORDERED THAT:

1. The January 8, 2016 deadline for Defendants to file their pretrial statements and January 13, 2016 pretrial conference are vacated.
2. Following the January 7, 2016 status conference the Court will issue new deadlines for filing of pretrial statements and calendar a new pretrial conference date.

**IT IS SO ORDERED.**

Dated:  January 4, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE