UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART MANAGO,<br><br>        Plaintiff,<br><br>    v.<br><br>BRAD WILLIAMS, et al.,<br><br>        Defendants. | No. 2:07-cv-02290 TLN KJN P<br><br>ORDER APPOINTING LIMITED PURPOSE COUNSEL FOR PURPOSES OF SETTLEMENT |

    Plaintiff is a state prisoner, proceeding through appointed counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against defendants Kelly, Jaffee, Martin, Vance, and Kennedy, who are represented by counsel, and Mary Brockett, who is proceeding pro se.

    The court has determined that a settlement conference would be beneficial in this case and will set a settlement conference to occur before a randomly selected magistrate judge. The court has also determined that it would be beneficial for all parties to be represented by counsel at the settlement conference. Therefore, the court will appoint counsel for pro se defendant Mary Brockett, for the limited purpose of assisting Ms. Brockett with preparing for and participating in the settlement conference. A. Peter Rausch has been selected from the court's pro bono attorney panel to represent defendant Mary Brockett and has agreed to be appointed.

////

Accordingly, IT IS HEREBY ORDERED that:

1. A. Peter Rausch is appointed as limited purpose counsel in the above entitled matter. This appointment is for the limited purpose of assisting defendant Mary Brockett with preparing for and participating in a settlement conference.

2. A. Peter Rausch's appointment will terminate fifteen days after completion of the settlement conference, or any continuation of the settlement conference.

3. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order upon A. Peter Rausch, Law Office of A. Peter Rausch, 1930 Tienda Dr., Suite 106, Lodi, California 95242.

Dated:  April 14, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mana2290.31.dfdt