UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART MANAGO,<br><br>    Plaintiff,<br><br>    v.<br><br>BRAD WILLIAMS, et al.,<br><br>    Defendants.<br>_____/ | No. 2:07-cv-02290 TLN KJN P<br><br><br><br><br><br>**ORDER & WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM** |

Stewart Manago, CDCR # E-02564, a necessary and material witness in a settlement conference in this case on June 21, 2016, is confined in California State Prison, Corcoran (COR), in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Carolyn K. Delaney at the U. S. District Court, Courtroom #24, 501 I Street, Sacramento, California 95814, on Tuesday, June 21, 2016 at 9:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, COR, P.O. Box 8800, Corcoran, California 93212:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Delaney at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  04/19/16

                                                       KENDALL J. NEWMAN<br>
                                                     UNITED STATES MAGISTRATE JUDGE