RIVERA & ASSOCIATES
2180 Harvard Street, Suite 310
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1303

Jesse M. Rivera, CSN 84259
Shanan L. Hewitt, CSN 200168
Jonathan B. Paul, CSN 215884
JillB.Nathan,SBN 186136
JamilR.Ghannam,SBN300730

Attorneys for Defendants,
J. Chapman, P. Kennedy, S. Vance,
M. Jaffe, K. Kelly and J. Martin

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEWART MANAGO, <br><br>　　　　　　Plaintiff, <br><br> vs. <br><br> BRAD WILLIAMS, et al., <br><br>　　　　　　Defendants. | Case No.: 2:07-cv-2290 TLN KJN <br><br> **STIPULATED DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)]** |

  It is hereby stipulated, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and between Plaintiff STEWART MANAGO, by and through his attorney Danny Cochetas, and Defendant MARY BROCKETT, by and through her attorney A. Peter Rausch, Jr. that Defendant MARY BROCKETT is dismissed from this action with prejudice.

  In consideration of the Stipulation entered by the above-named parties to the United States District Court Eastern District of California action, <u>Manago v. Williams, et al</u>, Case No.2:07-cv-2290 TLN KJN, Defendant MARY BROCKETT is dismissed with prejudice

pursuant to Federal Rule of Civil Procedure 41(a)(1) with the parties mentioned herein to bear their own fees and costs.

Dated:  7/28/2016                     /s/ Danny Cochetas
                                      DANNY COCHETAS
                                      Attorney for Plaintiff,
                                      STEWART MANAGO


Dated:  7/28/2016                     /s/ Peter Rausch
                                      A. PETER RAUSCH, JR.
                                      Attorney for Defendant
                                      MARY BROCKETT


**IT IS SO ORDERED.**

Dated: August 4, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE