| | |
|---|---|
| 1  RIVERA & ASSOCIATES<br>   2180 Harvard Street, Suite 310<br>2  Sacramento, California 95815<br>3  Tel: 916-922-1200 Fax: 916 922-1303<br>4  Jesse M. Rivera, SBN 84259<br>   Shanan L. Hewitt, SBN 200168<br>5  Jonathan B. Paul, SBN 215884<br>   Jill B. Nathan, SBN 186136<br>6  Jamil R. Ghannam, SBN 300730 | **FILED**<br>OCT 1 1 2016<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>      DEPUTY CLERK |



7  Attorneys for Defendants,
   P. Kennedy and S. Vance

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART MANAGO,<br><br>           Plaintiff,<br><br>vs.<br><br>BRAD WILLIAMS, et al.,<br><br>           Defendants. | Case No.: 2:07-cv-2290 TLN KJN<br><br>**STIPULATED DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)]** |

It is hereby stipulated, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and between Plaintiff STEWART MANAGO, by and through his attorney Danny Cochetas, and Defendants P. KENNEDY and S. VANCE, by and through their attorneys Shanan L. Hewitt and Jonathan B. Paul that Defendants P. KENNEDY and S. VANCE are dismissed from this action with prejudice.

In consideration of the Stipulation entered by the above-named parties to the United States District Court Eastern District of California action, Manago v. Williams, et al, Case No.

Page 1

2:07-cv-2290 TLN KJN, Defendants P. KENNEDY and S. VANCE are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) with the parties mentioned herein to bear their own fees and costs.

Dated: _____

                                          DANNY COCHETAS
                                          Attorney for Plaintiff,
                                          STEWART MANAGO

Dated: 8/1/16

                                          SHANAN L. HEWITT
                                          Attorney for Defendants
                                          P. KENNEDY and S. VANCE

IT IS SO ORDERED;

Dated: 10/11/16

                                          UNITED STATES DISTRICT JUDGE

2:07-cv-2290 TLN KJN, Defendants P. KENNEDY and S. VANCE are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) with the parties mentioned herein to bear their own fees and costs.

Dated: 2/28/2016

DANNY COCHETAS
Attorney for Plaintiff,
STEWART MANAGO

Dated: _____

SHANAN L. HEWITT
Attorney for Defendants
P. KENNEDY and S. VANCE

**IT IS SO ORDERED.**

Dated: 10/11/16

UNITED STATES DISTRICT JUDGE